```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY L. FRENCH,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendants. | CASE NO. C 06 1282 MEJ<br><br>Before the Honorable MARIA-ELENA JAMES<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:   June 22, 2006<br>Conference Time:   10:00 a.m.<br>Location:   Courtroom B, 15th Floor<br>                San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 22, 2006 Case Management Conference ("CMC") to October 26, 2006, at 10:00 a.m.. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 14, 2006

*[Signature stamp: IT IS SO ORDERED, Judge Maria-Elena James, United States District Court, Northern District of California]*

- 3 -   [PROPOSED] ORDER